1 | DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
2 | RYAN J. PADDEN (S.B. #204515)
rpadden@omm.com
3 | LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
4 | O'MELVENY & MYERS LLP
Embarcadero Center West
5 | 275 Battery Street
San Francisco, CA 94111-3305
6 | Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
Analogix Semiconductor, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICON IMAGE, INC., | Case No. C07-00635 JCS |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| ANALOGIX SEMICONDUCTOR, INC., | |
| Defendant. | |

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT
C07-00635 JCS

1  Pursuant to Civil L.R. 6-1(a), the parties to this action hereby stipulate that
2  Analogix Semiconductor, Inc. ("Analogix") shall have until March 8, 2007, to move or
3  plead in response to the complaint. The parties have not entered into any previous
4  stipulations to extend the time for Analogix to respond to the complaint. The requested
5  extension in time will not affect the current schedule for this case.

7  Dated: February 16, 2007             O'MELVENY & MYERS LLP

9                                        By: /s/ Luann L. Simmons
10                                           Luann L. Simmons
                                             Attorneys for Defendant
11  Dated: Feb. 26, 2007                     Analogix Semiconductor, Inc.

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, IT IS SO ORDERED, Judge Joseph C. Spero]

13                                        FENWICK & WEST LLP

15                                        By: /s/ J. David Hadden
                                             J. David Hadden
16                                           Attorneys for Plaintiff
                                             Silicon Image, Inc.

19  Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures,
20  I attest under penalty of perjury that concurrence in the filing of the document has been
21  obtained from J. David Hadden.
22  Dated: February 16, 2007

24                                        By   /s/ Luann L. Simmons
                                             Luann L. Simmons
25
                                             Attorneys for Defendant
26                                           Analogix Semiconductor, Inc.
    SF1:662058.1

- 2 -  STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
       C07-00635 JCS