# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALFORNIA

SILICON IMAGE, INC., a Delaware corporation,

        Plaintiff,

v.

ANALOGIX SEMICONDUCTOR, INC., a Delaware corporation,

        Defendant.

CASE NO. C 07-00635 JCS

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

    The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**

        [X]   Private ADR (please identify process and provider) <u>private mediation</u>

The parties agree to hold the ADR session by:
        The presumptive deadline (*The deadline is 90 days form the date of the order referring the case to an ADR process unless otherwise ordered.*)

        [X]   Other requested deadline    <u>at the close of fact discovery</u>

Dated: April 20, 2007                         <u>/s/Saina S. Shamilov</u>
                                              Attorney for Plaintiff
                                              SILICON IMAGE, INC.

Dated: April 20, 2007                         <u>/s/Ryan Padden</u>
                                              Attorneys for Defendant
                                              ANALOGIX SEMICONDUCTOR, INC.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- ☒ Private ADR

Deadline for ADR sessions
- 90 days from the date of this order
- ☒ Other <u>at the close of fact discovery</u>

IT IS SO ORDERED.

Dated: __April 20__, 2007



_____
Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, Saina S. Shamilov, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed April 20, 2007 at Mountain View, California.

        FENWICK & WEST LLP


        By: /s/Saina S. Shamilov
              Saina S. Shamilov

        J. DAVID HADDEN (CSB No. 176148)
         dhadden@fenwick.com
        SAINA S. SHAMILOV (CSB No. 215636)
         sshamilov@fenwick.com
        HENRY Z. CARBAJAL III (CSB No. 237951)
         hcarbajal@fenwick.com
        FENWICK & WEST LLP
        Silicon Valley Center, 801 California Street
        Mountain View, CA  94041
        Telephone:  (650) 988-8500
        Facsimile:   (650) 938-5200

        JEDEDIAH WAKEFIELD (CSB No. 178058)
         jwakefield@fenwick.com
        DAVID D. SCHUMANN (CSB No. 223936)
         dschumann@fenwick.com
        FENWICK & WEST LLP
        555 California Street, Suite 1200
        San Francisco, CA  94104
        Telephone:  (415) 875-2300
        Facsimile:   (415) 281-1350

        Attorneys for Plaintiff
        SILICON IMAGE, INC.