J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
RYAN A. TYZ (CSB No. 234895)
rtyz@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
DAVID D. SCHUMANN (CSB No. 223936)
dschumann@fenwick.com
JEFFREY V. LASKER (CSB No. 246029)
jlasker@fenwick.com
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
SILICON IMAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICON IMAGE, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ANALOGIX SEMICONDUCTOR, INC., a Delaware corporation, <br><br> Defendant. | Case No. C 07-00635 JCS <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIM** |

STIPULATION AND ORDER EXTENDING
TIME TO RESPOND TO COUNTERCLAIM

C-07-00635 JCS

## **STIPULATION**

Pursuant to Civil L.R. 6-1, the parties to this action hereby stipulate that Silicon Image, Inc. ("Silicon Image") shall have until July 23, 2007 to move or plead in response to Analogix Semiconductor, Inc.'s ("Analogix") counterclaim.  Although the parties stipulated to a two week extension to allow Analogix to move or plead in response to Silicon Image's complaint, the parties have not entered into any previous stipulations to extend the time for Silicon Image to respond to the counterclaim.  The requested extension of time will not affect the current schedule for this case.

Dated: July 9, 2007                                             FENWICK & WEST LLP


By: */s/ Ryan Tyz*
                    Ryan Tyz

Attorneys for Plaintiff
SILICON IMAGE, INC



O'MELVENY & MYERS LLP


By: */s/ Ryan J. Padden*
                    Ryan J. Padden

Attorneys for Defendant
ANALOGIX SEMICONDUCTOR, INC.

## **ORDER**

WHEREAS the Court has considered the parties stipulation;

IT IS ORDERED that Plaintiff Silicon Image shall have until July 23, 2007 to move or plead in response to Defendant Analogix's counterclaim.

DATED: July 12, 2007



_____
Joseph Spero
United States District Court Magistrate Judge