DARIN W. SNYDER (S.B. #136003) - dsnyder@omm.com
RYAN J. PADDEN (S.B. #204515) - rpadden@omm.com
LUANN L. SIMMONS (S.B. #203526) - lsimmons@omm.com
DAVID S. ALMELING (S.B. #235449) - dalmeling@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
Analogix Semiconductor, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SILICON IMAGE, INC.,<br><br>           Plaintiff,<br><br>   v.<br><br>ANALOGIX SEMICONDUCTOR, INC.,<br><br>           Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C07-00635 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR PLAINTIFF SILICON IMAGE, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND EXTENDING TIME FOR FILING A JOINT LETTER WITH THE COURT**<br><br>Judge:      Hon. Joseph C. Spero |

1    Pursuant to Civil L.R. 6-2, the parties to this action hereby stipulate that Analogix
2  Semiconductor, Inc. ("Analogix") shall have until September 21, 2007, to respond to
3  Silicon Image, Inc.'s ("Silicon Image') Motion for Preliminary Injunction ("PI Motion"),
4  and Silicon Image shall have until October 12, 2007, to file its reply brief in support of the
5  PI motion.  The parties further stipulate that Analogix will not use the fact of this
6  stipulated extension as a defense to Silicon Image's contention of irreparable harm.  This
7  stipulation extends the time one week for Analogix to respond from September 14, 2007,
8  to September 21, 2007, and for Silicon Image to file a reply brief from October 5, 2007, to
9  October 12, 2007.  Both the September 14, 2007 and October 5, 2007 deadlines were set
10 by the Court in its Further Case Management and Pretrial Order Granting in Part
11 Defendant's Motion for Extension of Time, which extended the prior deadlines.  (Docket
12 No. 53.)
13   The parties further stipulate that they shall have until September 20, 2007, to
14 submit a Joint Letter to the Court pursuant to Part II.E of the Court's Case Management
15 and Pretrial Order.  (Docket No. 26.)  Specifically, the Parties have complied with Part
16 II.E by meeting and conferring via letters, telephone calls, and emails regarding certain
17 discovery issues, and by having an in-person meet and confer between lead counsel on
18 September 6, 2007.  Pursuant to Part II.E, a Joint Letter is due to the Court on September
19 13, 2007.  The Parties stipulate to extend the deadline for that letter by one week.  There
20 have been no prior extensions on this issue.
21   The parties enter into these stipulations in order to have an opportunity to engage in
22 settlement discussions.
23   The stipulated extensions of time will have no effect on the schedule of the case
24 because the hearing on the PI Motion will remain on the scheduled date of November 2,
25 2007, and there was no date dependent on the parties submission of the Joint Letter.
26
27
28

| | | |
|---|---|---|
| 1 | Dated: September 13, 2007 | O'MELVENY & MYERS LLP |

By: /s/ *Luann L. Simmons*
Luann L. Simmons
Attorneys for Defendant
Analogix Semiconductor, Inc.

FENWICK & WEST LLP

By: /s/ *J. David Hadden*
J. David Hadden
Attorneys for Plaintiff
Silicon Image, Inc.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from J. David Hadden.

Dated: September 13, 2007

By /s/*Luann L. Simmons*
Luann L. Simmons

Attorneys for Defendant
Analogix Semiconductor, Inc.

SF1:687303.1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | WHEREAS the Court has considered the parties stipulation; |
| 3 | IT IS ORDERED that Defendant Analogix will have until September 21, 2007, to respond |
| 4 | to Plaintiff Silicon Image's Motion for Preliminary Injunction, and Plaintiff Silicon Image will |
| 5 | have until October 12, 2007, to file its reply brief. |
| 6 | IT IS FURTHER ORDERED that the parties shall have until September 20, 2007, to |
| 7 | submit a Joint Letter to the Court pursuant to Part II.E of the Court's Case Management and |
| 8 | Pretrial Order. |
| 10 | DATED: __9/14__, 2007 |

United States Magistrate Judge

Judge Joseph C. Spero

- 4 -

STIPULATION EXTENDING TIME
C07-00635 JCS