UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SILICON IMAGE, INC.,

    Plaintiff,

v.

ANALOGIX SEMICONDUCTOR, INC.,

    Defendant.

No. C-07-00635 JCS

**ORDER RE JOINT LETTER OF SEPTEMBER 20, 2007 [Docket No. 63]**

The Court has received a Joint Letter dated September 20, 2007 [Docket No. 63]. The Court treats the Joint Letter as a Motion to Compel (the "Motion to Compel").

Good cause appearing, IT IS HEREBY ORDERED that the Motion to Compel is GRANTED. Plaintiff shall produce all data sheets or programmer's reference guides relating to any HDMI chips of any other person or entity. These documents may be marked according to the protective order, to the extent that they qualify for protection, as "Confidential" or "Confidential - Attorneys' Eyes Only."

IT IS SO ORDERED.

Dated: September 24, 2007

JOSEPH C. SPERO
United States Magistrate Judge