DARIN W. SNYDER (S.B. #136003) - dsnyder@omm.com
RYAN J. PADDEN (S.B. #204515) - rpadden@omm.com
LUANN L. SIMMONS (S.B. #203526) - lsimmons@omm.com
DAVID S. ALMELING (S.B. #235449) - dalmeling@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
Analogix Semiconductor, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICON IMAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANALOGIX SEMICONDUCTOR, INC., <br><br> Defendant. | Case No. C07-00635 JCS <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE DISCOVERY** <br><br> Judge: Hon. Joseph C. Spero |
| AND RELATED COUNTERCLAIMS | |

1  WHEREAS under the current Case Management and Pretrial Order, the deadline to complete all fact discovery is set for December 21, 2007, and the deadline to complete all expert discovery is set for March 3, 2008;

4  WHEREAS although the parties have served and exchanged written discovery and each taken some depositions to date, they mutually do not anticipate they will be able to complete all fact discovery prior to the December 21, 2007 discovery cutoff without undue hardship given the parties' travel schedules and the upcoming holidays;

8  WHEREAS this is the first request for a modification to the case schedule; and

9  WHEREAS, the parties do not anticipate the stipulated extensions of time will otherwise affect the case schedule.

11  NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and 26-2, the parties to this action hereby stipulate as follows:

13  (1)  Responses to all written discovery shall be concluded by January 18, 2008;

14  (2)  All fact depositions shall be concluded by February 8, 2008;

15  (3)  The last day to identify experts and serve initial expert discovery shall be February 22, 2008;

17  (4)  The last day to serve expert rebuttal reports shall be March 8, 2008; and

18  (5)  The close of expert discovery shall be March 21, 2008.

19  IT IS SO STIPULATED

- 2 -

STIPULATION EXTENDING TIME
C07-00635 JCS

| | |
|---|---|
| Dated: December 10, 2007 | O'MELVENY & MYERS LLP |
| | By: /s/ *Ryan J. Padden* |
| | Ryan J. Padden |
| | Attorneys for Defendant |
| | Analogix Semiconductor, Inc. |
| | |
| | FENWICK & WEST LLP |
| | |
| | By: */s/ Ryan Tyz* |
| | Ryan Tyz |
| | Attorneys for Plaintiff |
| | Silicon Image, Inc. |

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Ryan Tyz, counsel for Silicon Image.

Dated: December 10, 2007

                                      By    /s/*Ryan J. Padden*
                                              Ryan J. Padden

Attorneys for Defendant
Analogix Semiconductor, Inc.

1 **ORDER**

2   WHEREAS the Court has considered the parties' stipulation;

3   PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5   DATED: __12/11__, 2007        _____

6                                  United States Magistrate Judge

(Signed: Judge Joseph C. Spero — United States District Court, Northern District of California seal)

- 4 -

STIPULATION EXTENDING TIME
C07-00635 JCS