UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SILICON IMAGE, INC.,           No. C-07-00635 JCS

    Plaintiff,

**ORDER TO FILE UNDER SEAL COURT'S DECEMBER 21, 2007 ORDER**

  v.

ANALOGIX SEMICONDUCTOR, INC.,

    Defendant.
_____/

    The Court hereby ORDERS that the following order is under Seal: Order Denying Plaintiff Silicon Image, Inc.'s Motion for Preliminary Injunction [Docket No 108]. The Court intends to publish the entire opinion in the public record within twenty-one days of the date of this Order. If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than January 4, 2008.

    IT IS SO ORDERED.

Dated: December 21, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge