1  J. DAVID HADDEN (CSB No. 176148)
     dhadden@fenwick.com
2  SAINA S. SHAMILOV (CSB No. 215636)
     sshamilov@fenwick.com
3  RYAN A. TYZ (CSB No. 234895)
     rtyz@fenwick.com
4  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
5  Mountain View, CA 94041
   Telephone: (650) 988-8500
6  Facsimile: (650) 938-5200

7  JEDEDIAH WAKEFIELD (CSB No. 178058)
     jwakefield@fenwick.com
8  DAVID D. SCHUMANN (CSB No. 223936)
     dschumann@fenwick.com
9  JEFFREY V. LASKER (CSB No. 246029)
     jlasker@fenwick.com
10 FENWICK & WEST LLP
   555 California Street, Suite 1200
11 San Francisco, CA 94104
   Telephone: (415) 875-2300
12 Facsimile: (415) 281-1350

13 Attorneys for Plaintiff SILICON IMAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICON IMAGE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANALOGIX SEMICONDUCTOR, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 07-00635 JCS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SILICON IMAGE, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Hon. Joseph C. Spero |

The Court having reviewed Silicon Image Inc.'s Miscellaneous Administrative Request to File Documents Under Seal, hereby, for good cause shown, orders that the following documents be filed under seal:

1. Declaration of Edward Lopez in Support of Plaintiff Silicon Image, Inc.'s Request to Maintain Certain Portions of Order Denying Motion for Preliminary Injunction Under Seal (Exhibit A); and

2. Order Denying Silicon Image, Inc.'s Motion for Preliminary Injunction (Exhibit B).

IT IS SO ORDERED.

Dated: January 7, 2008



Judge Joseph C. Spero

ORDER GRANTING SILICON IMAGE'S MISC. ADMIN. REQUEST TO FILE DOCS. UNDER SEAL   1   CASE NO. C 07 00635 JCS