1  Terrence P. McMahon (State Bar No.71910)
   tmcmahon@mwe.com
2  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
3  Palo Alto, CA  94304
   Telephone: 650.845.7000
4  Facsimile: 650.845.7333

5  J. David Hadden (State Bar No. 176148)
   dhadden@fenwick.com
6  FENWICK & WEST LLP
   Silicon Valley Center
7  801 California Street
   Mountain View, CA 94041
8  Telephone:  650.988.8500
   Facsimile:  650.938.5200
9
   *(See signature page for list of additional counsel)*
10
   Attorneys for Plaintiff and Counter-Defendant
11 SILICON IMAGE, INC.

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16 | SILICON IMAGE, INC., a Delaware corporation, | Case No.  C 07-00635 JCS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE DISCOVERY** |
| v. | |
| ANALOGIX SEMICONDUCTOR, INC., a Delaware corporation, | Judge: Honorable Joseph C. Spero |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

Stipulation Extending Time                                       CASE NO. 07-00635 JCS

1  WHEREAS under the current Case Management and Pretrial Order dated December 11, 2007, the deadline to complete all fact discovery is set for February 8, 2008, and the deadline to complete all expert discovery is set for March 21, 2008.

WHEREAS although the parties have served and exchanged written discovery and each have commenced the deposition process, they mutually do not anticipate that they will be able to complete all depositions and document production prior to the February 8, 2008 fact discovery cutoff and do not anticipate that they will be able to complete all expert discovery prior to the March 21, 2008 expert discovery cutoff without undue hardship given the parties' schedules and the number of outstanding depositions.

NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and 26-2, the parties to this action hereby stipulate as follows:

(1) All document production and fact depositions shall be concluded by March 7, 2008;

(2) The last day to identify experts and serve initial expert discovery shall be March 14, 2008;

(3) The last day to serve expert rebuttal reports shall be March 21, 2008; and

(4) The close of expert discovery shall be March 28, 2008.

IT IS SO STIPULATED.

///

Dated: February 8, 2008            By:   /s/ Bijal V. Vakil
                                         Bijal V. Vakil

McDERMOTT WILL & EMERY LLP
Bijal V. Vakil (CA State Bar No. 192878)
3150 Porter Drive
Palo Alto, CA 94304
Tel. (650) 813-5000
Fax.: (650) 813-5100
Email: bvakil@mwe.com

Attorneys for Plaintiff and Counter-Defendant
Silicon Image, Inc.

Stipulation Extending Time            - 2 -            Case No. 07-00635 JCS

| | | |
|---|---|---|
| Dated: February 8, 2008 | By: | /s/ Ryan J. Padden |
| | | Ryan J. Padden |

O'MELVENY & MYERS LLP
Ryan J. Padden (CA State Bar No. 204515)
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel.  (415) 984-8700
Fax.:  (415) 984-8701
Email:  rpadden@omm.com

Attorneys for Plaintiff and Counter-Claimant
Analogix Semiconductor, Inc.

Filer's Attestation: Pursuant to General order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Ryan Paden, counsel for Analogix Semiconductor, Inc.

| | |
|---|---|
| Dated: February 8, 2008 | McDERMOTT WILL & EMERY LLP |
| | |
| | By:   /s/ Bijal V. Vakil |
| | Bijal V. Vakil |

Attorneys for Plaintiff and Counter-Defendant
Silicon Image, Inc.

Stipulation Extending Time       - 3 -       Case No. 07-00635 JCS

**ORDER**

WHEREAS the Court has considered the parties' stipulation;

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~February 8, 2008~~ February 11, 2008

_____
United States Magistrate Judge
Judge Joseph C. Spero

MPK 138309-1.060717.0011

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

Stipulation Extending Time        - 4 -        Case No. 07-00635 JCS