Terrence P. McMahon (State Bar No. 71910)
tmcmahon@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.813.5000
Facsimile: 650.813.5100

J. David Hadden (State Bar No. 176148)
dhadden@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff and Counter-Defendant
SILICON IMAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICON IMAGE, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANALOGIX SEMICONDUCTOR, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-00635 JCS<br><br>[~~PROPOSED~~] ORDER GRANTING WITHDRAWAL OF FENWICK & WEST LLP, LAW OFFICE OF C. WILLIAM CRAYCROFT, AND INDIVIDUAL ATTORNEYS AS ATTORNEYS OF RECORD<br><br>Judge: Hon. Joseph C. Spero |

[~~PROPOSED~~] ORDER RE WITHDRAWAL　　　　　　　　　　　　　　　　　　　CASE NO. C 07 00635 JCS

Having considered the request of Plaintiff Silicon Image ("Silicon Image") to allow Fenwick & West LLP and Law Office of C. William Craycroft, including attorneys J. David Hadden, Saina S. Shamilov, Ryan A. Tyz, Todd R. Gregorian, Jedediah Wakefield, David D. Schumann, Jeffrey V. Lasker, and C. William Craycroft, to withdraw their appearances as counsel of record for Silicon Image in this action, IT IS HEREBY ORDERED that:

(1) Silicon Image's request is GRANTED;

(2) Fenwick & West LLP and Law Office of C. William Craycroft, including attorneys J. David Hadden, Saina S. Shamilov, Ryan A. Tyz, Todd R. Gregorian, Jedediah Wakefield, David D. Schumann, Jeffrey V. Lasker, and C. William Craycroft, are relieved as counsel of record for Silicon Image; and

(3) The appearances of McDermott Will & Emery LLP and the other attorneys who individually have entered appearances on behalf of Silicon Image shall remain in effect and are not affected by this withdrawal.

Dated: May 12, 2008  _____
Judge Joseph C. Spero
United States Magistrate Judge

MPK 141516-1.060717.0032