1  Terrence P. McMahon (State Bar No.71910)
   tmcmahon@mwe.com
2  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
3  Palo Alto, CA 94304
   Telephone: 650.845.7000
4  Facsimile: 650.845.7333

5  *(See signature page for list of additional counsel)*

6  Attorneys for Plaintiff and Counter-Defendant
   SILICON IMAGE, INC.
7
   Darin W. Snyder (State Bar No. 136003) —
8  dsnyder@omm.com
   O'MELVENY & MYERS LLP
9  Embarcadero Center West
   275 Battery Street
10 San Francisco, CA 94111-3305
   Telephone:  (415) 984-8700
11 Facsimile:   (415) 984-8701

12 *(See signature page for list of additional counsel)*

13 Attorneys for Defendant
   Analogix Semiconductor, Inc.
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICON IMAGE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANALOGIX SEMICONDUCTOR, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-00635 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE EXPERT DISCOVERY**<br><br>Judge: Honorable Joseph C. Spero |

Stipulation Extending Time                                          CASE NO. 07-00635 JCS

WHEREAS under the current Case Management and Pretrial Order dated February 28, 2008, the deadline to serve opening expert reports is July 1, 2008, the deadline to serve rebuttal expert reports is July 15, 2008, the deadline to complete all expert discovery is set for August 15, 2008, and the deadline to submit pretrial filings is August 22, 2008.

WHEREAS although the parties have served and exchanged written fact discovery and each have commenced the deposition process, they mutually do not anticipate that they will be able to submit expert reports on July 1, 2008 and July 15, 2008, or complete all expert discovery prior to the August 15, 2008 expert discovery cutoff without undue hardship given the parties' schedules.

NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and 26-2, the parties to this action hereby stipulate as follows:

(1) The expert disclosure deadline and date by which expert reports must be served under Rule 26 with respect to issues on which a party bears the burden of proof shall be July 18, 2008;

(2) The expert disclosure deadline and date by which rebuttal/opposition reports must be served under Rule 26 with respect to issues on which a party does not bear the burden of proof shall be August 8, 2008;

(3) The close of expert discovery shall be August 22, 2008;

(4) All pretrial filings shall be due on August 29, 2008; and

(5) All other deadlines shall remain unchanged.

IT IS SO STIPULATED.

Dated: June 17, 2008   By: __/s/ Bijal V. Vakil_____
                           Bijal V. Vakil

McDERMOTT WILL & EMERY LLP
Bijal V. Vakil (CA State Bar No. 192878)
3150 Porter Drive
Palo Alto, CA 94304
Tel. (650) 813-5000
Fax.: (650) 813-5100
Email: bvakil@mwe.com

Attorneys for Plaintiff and Counter-Defendant
Silicon Image, Inc.

Stipulation Extending Time                - 2 -                Case No. 07-00635 JCS

Dated: June 17, 2008               By:   /s/ Ryan J. Padden
                                         Ryan J. Padden

O'MELVENY & MYERS LLP
Ryan J. Padden (CA State Bar No. 204515)
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 984-8700
Fax.: (415) 984-8701
Email: rpadden@omm.com

Attorneys for Plaintiff and Counter-Claimant
Analogix Semiconductor, Inc.

Filer's Attestation: Pursuant to General order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Ryan Paden, counsel for Analogix Semiconductor, Inc.

Dated: June 17, 2008               McDERMOTT WILL & EMERY LLP


                                   By:   /s/ Bijal V. Vakil
                                         Bijal V. Vakil

                                   Attorneys for Plaintiff and Counter-Defendant
                                   Silicon Image, Inc.

# ORDER

WHEREAS the Court has considered the parties' stipulation;

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 18, 2008

_____
United States District Court Magistrate Judge

*Judge Joseph C. Spero*

MPK 143215-1.060717.0032