DARIN W. SNYDER (S.B. #136003) - dsnyder@omm.com
LUANN L. SIMMONS (S.B. #203526) - lsimmons@omm.com
RYAN J. PADDEN (S.B. #204515) - rpadden@omm.com
DAVID S. ALMELING (S.B. #235449) - dalmeling@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant
Analogix Semiconductor, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SILICON IMAGE, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ANALOGIX SEMICONDUCTOR, INC.,<br><br>　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.  C07-00635 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING SILICON IMAGE, INC.'S CLAIMS AGAINST ANALOGIX SEMICONDUCTOR, INC. FOR (1) INDUCEMENT OF COPYRIGHT INFRINGEMENT, (2) CONTRIBUTORY COPYRIGHT INFRINGEMENT AND (3) INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS**<br><br>Judge:　　　　Hon. Joseph C. Spero |

1    WHEREAS in order to streamline the presentation of the trial in this action, Plaintiff Silicon Image, Inc. has decided it will not be pursuing claims that Analogix has contributorily infringed or induced infringement of any Silicon Image copyrights; however, Silicon Image will continue to pursue its claim that Analogix has directly infringed certain Silicon Image copyrights;

WHEREAS Silicon Image has also decided that it will not pursue a claim for intentional interference with contractual relations; however, Silicon Image intends to maintain its claim for unfair competition under California Civil Code §§17200 *et seq*.

NOW, THEREFORE, the parties to this action hereby stipulate that Silicon Image, Inc.'s claims against Analogix Semiconductor, Inc. for (1) inducement of infringement of Silicon Image's copyrights; (2) contributory infringement of Silicon Image's copyrights and (3) intentional interference with contractual relations are DISMISSED;

IT IS FURTHER STIPULATED that the dismissal of each of Silicon Image, Inc.'s claims against Analogix Semiconductor, Inc. for (1) inducement of infringement of Silicon Image's copyrights; (2) contributory infringement of Silicon Image's copyrights and (3) intentional interference with contractual relations shall be WITH PREJUDICE.

IT IS FURTHER STIPULATED that Analogix will not seek the recovery of the attorneys fees and costs it has expended to date solely in defending Silicon Image, Inc.'s claims against Analogix Semiconductor, Inc. for (1) inducement of infringement of Silicon Image's copyrights; (2) contributory infringement of Silicon Image's copyrights and (3) intentional interference with contractual relations.

IT IS SO STIPULATED.

STIPULATION DISMISSING CERTAIN CLAIMS 07-00635 JCS

| | |
|---|---|
| Dated:  July 9, 2008 | O'MELVENY & MYERS LLP |
| | By: /s/ *Ryan J. Padden* |
| | Ryan J. Padden |
| | Attorneys for Defendant |
| | Analogix Semiconductor, Inc. |
| | |
| | MCDERMOTT, WILL & EMERY LLP |
| | |
| | By: /s/ *Bijal V. Vakil* |
| | Bijal V. Vakil |
| | Attorneys for Plaintiff |
| | Silicon Image, Inc. |

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Bijal V. Vakil.

Dated:  July 9, 2008

|  |  |
|---|---|
| | O'MELVENY & MYERS LLP |
| | By     /s/*Ryan J. Padden* |
| | Ryan J. Padden |
| | Attorneys for Defendant |
| | Analogix Semiconductor, Inc. |

**ORDER**

WHEREAS the Court has considered the parties' stipulation;

PURSUANT TO STIPULATION, IT IS SO ORDERED that Silicon Image, Inc.'s claims against Analogix Semiconductor, Inc. for (1) inducement of infringement of Silicon Image's copyrights; (2) contributory infringement of Silicon Image's copyrights and (3) intentional interference with contractual relations are DISMISSED WITH PREJUDICE.

DATED: July 14, 2008



_____
Hon. J
United States Magistrate Judge