1  Darin W. Snyder (State Bar No. 136003)
   dsnyder@omm.com
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, CA  94111-3305
4  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701
5
   *(See signature page for list of additional counsel)*
6
   Attorneys for Defendant
7  Analogix Semiconductor, Inc.

8  Terrence P. McMahon (State Bar No.71910)
   tmcmahon@mwe.com
9  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
10 Palo Alto, CA  94304
   Telephone: 650.845.7000
11 Facsimile: 650.845.7333

12 *(See signature page for list of additional counsel)*

13 Attorneys for Plaintiff and Counter-Defendant
   SILICON IMAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICON IMAGE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANALOGIX SEMICONDUCTOR, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.  C 07-00635 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CERTAIN PRE-TRIAL FILING DEADLINES**<br><br>Judge: Honorable Joseph C. Spero |

Stipulation Modifying Certain Pre-Trial Deadlines

CASE NO. 07-00635 JCS

1  WHEREAS under the current pre-trial schedule, the parties are required to serve and/or
2  file the following items on Friday August 29, 2008:

- File Joint Proposed Final Pretrial Order;
- File Joint Set of Proposed Jury Instructions and Separate Memorandum of Law In Support of Each Party's Disputed Jury Instructions;
- File Joint Set of Proposed Voir Dire Questions;
- File Trial Briefs on any Controlling Issues of Law;
- File Proposed Verdict Forms, Joint or Separate;
- Serve, but Not File, Motions *In Limine;*
- Serve deposition packets to be used in lieu of testimony at trial, interrogatory responses and request for admissions.

WHEREAS, under the current pre-trial schedule, the parties are required to serve, lodge and/or file the following items on Tuesday September 2, 2008:

- Serve, but Not File, Oppositions to Motions *In Limine;*
- File Any Objections to Exhibits;
- Provide to the Court deposition packets in lieu of testimony at trial, interrogatory responses and requests for admission responses;
- Deposit Copies of Trial Exhibits with Deputy Clerk;
- File Paired Set of Motions and Oppositions *In Limine.*

WHEREAS, due to the Labor Day holiday, September 2, 2008 is the first business day following August 29, 2008;

WHEREAS, because many of the materials currently scheduled to be served, lodged and/or filed on Tuesday September 2, 2008 require the parties to meet and confer and to respond to materials filed and/or served on the immediately preceding business day, in order to ensure that the parties are afforded adequate time to meet and confer and to respond to such materials, the parties wish and desire to extend the deadline to serve, lodge and/or file the materials currently due to be served, lodged or filed on September 2, 2008 as outlined below;

Stipulation Modifying Certain Pre-Trial
Deadlines                                    - 2 -                                   Case No. 07-00635 JCS

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the parties to this action hereby stipulate as follows:

- The last day to serve oppositions to motions *in limine* shall be September 5, 2008;
- The last day to file any objections to exhibits shall be September 8, 2008;
- The last day to provide to the Court deposition packets in lieu of testimony at trial, interrogatory responses and requests for admission responses shall be September 8, 2008;
- The last day to deposit copies of trial exhibits with the deputy clerk shall be September 8, 2008;
- The last day to file paired sets of motions and oppositions *in limine* shall be September 8, 2008.

IT IS SO STIPULATED.

Dated: July 22, 2008

By: ___/s/ *Ryan J. Padden*___
    Ryan J. Padden

O'MELVENY & MYERS LLP
Ryan J. Padden (CA State Bar No. 204515)
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel.  (415) 984-8700
Fax.: (415) 984-8701
Email:  rpadden@omm.com

Attorneys for Defendant and Counter-Claimant
Analogix Semiconductor, Inc.

Dated: July 22, 2008

By: ___/s/ *Bijal V. Vakil*___
    Bijal V. Vakil

McDERMOTT WILL & EMERY LLP
Bijal V. Vakil (CA State Bar No. 192878)
3150 Porter Drive
Palo Alto, CA 94304
Tel.  (650) 813-5000
Fax.: (650) 813-5100
Email: bvakil@mwe.com

Attorneys for Plaintiff and Counter-Defendant
Silicon Image, Inc.

Stipulation Modifying Certain Pre-Trial Deadlines - 3 - Case No. 07-00635 JCS

Filer's Attestation: Pursuant to General order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Bijal V. Vakil, counsel for Silicon Image, Inc.

Dated: July 22, 2008

By: ___/s/ *Ryan J. Padden*___
     Ryan J. Padden

O'MELVENY & MYERS LLP
Ryan J. Padden (CA State Bar No. 204515)
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel.  (415) 984-8700
Fax.: (415) 984-8701
Email:  rpadden@omm.com

Attorneys for Defendant and Counter-Claimant
Analogix Semiconductor, Inc.

Stipulation Modifying Certain Pre-Trial Deadlines - 4 - Case No. 07-00635 JCS

1  **ORDER**

2  WHEREAS the Court has considered the parties' stipulation;

3  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4  IT IS HEREBY FURTHER ORDERED THAT the Final Pretrial Conference date of 9/12/8 at
at 1:30 PM, has been continued to 9/19/8 at 1:30 PM.

5

6  Dated: July 23, 2008

7  _____
Hon.
United States Magistrate Judge



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Modifying Certain Pre-Trial Deadlines — - 5 -                      Case No. 07-00635 JCS