UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICON IMAGE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANALOGIX SEMICONDUCTOR, INC.,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C-07-00635 JCS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO COMPEL [Docket Nos. 150, 161]** |

　　　　The parties filed Joint Letters dated July 11, 2008, [Docket No. 150] and July 28, 2008, [Docket No. 161] regarding alleged inadequacies in each other's discovery responses. The Court interprets the letters as cross motions to compel (the "Motions").

　　　　The Court heard oral argument on July 29, 2008. For the reasons stated on the record and good cause appearing, IT IS HEREBY ORDERED as follows:

　　　　1.　　The parties shall exchange lists of search terms used to search the electronic evidence in this case for production.

　　　　2.　　Plaintiff shall serve an interrogatory response stating under oath the position it took at the hearing on the Motions: the only customer that Plaintiff claims used Plaintiff's software with Defendant's chips is Vestal. Plaintiff shall produce all documents reflecting the code provided to and used by Vestal.

　　　　3.　　Plaintiff shall produce copies of the patents licensed by the HDMI founders to Analogix as an adopter.

　　　　4.　　Plaintiff shall produce a Rule 30 (b) (6) witness to testify on topic 8 (c) regarding Vestal.

5.  Plaintiff shall produce Jennifer T'Souvas for a two-hour deposition.

6.  Plaintiff may propound an interrogatory to Defendant which asks whether any employee of Defendant uploaded or downloaded any information to or from the websites programsalon.com or pudn.com relating to Plaintiff, and, if so, asks Defendant to describe each such uploading or downloading in detail.

7.  The parties have resolved most of the remaining issues as described in the July 28, 2008 letter. The Motions are DENIED as moot with respect to the resolved issues. Other than as expressly resolved by the parties, or as expressly granted above, the Motions are DENIED.

IT IS SO ORDERED.

Dated: August 6, 2008

JOSEPH C. SPERO
United States Magistrate Judge