1  Terrence P. McMahon (State Bar No.71910)
   tmcmahon@mwe.com
2  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
3  Palo Alto, CA 94304
   Telephone: 650.845.7000
4  Facsimile: 650.845.7333

5  *(See signature page for list of additional counsel)*

6  Attorneys for Plaintiff and Counter-Defendant
   SILICON IMAGE, INC.
7

8  Darin W. Snyder (State Bar No. 136003) –
   dsnyder@omm.com
9  O'MELVENY & MYERS LLP
   Embarcadero Center West
10 275 Battery Street
   San Francisco, CA 94111-3305
   Telephone:   (415) 984-8700
11 Facsimile:   (415) 984-8701

12 *(See signature page for list of additional counsel)*

13 Attorneys for Defendant
   Analogix Semiconductor, Inc.
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICON IMAGE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANALOGIX SEMICONDUCTOR, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-00635 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER ESTABLISHING MOTION FOR SUMMARY JUDGMENT AND PRE-TRIAL FILING DEADLINES**<br><br>Judge: Honorable Joseph C. Spero |

Stipulation Establishing Motions for
Summary Judgment and Pre-Trial
Deadlines

CASE NO. 07-00635 JCS

1  WHEREAS, during a July 29, 2008 telephonic hearing in the above named litigation, the
2  Court granted the parties Stipulation for Leave to File Motions for Summary Judgment in part and
3  asked the parties to submit a proposed stipulation regarding the briefing schedule for the
4  anticipated motions for summary judgment.

5  WHEREAS, during the same July 29, 2008 telephonic hearing, the Court also continued
6  the final pre-trial conference from September 19, 2008 to January 16, 2009 and allowed the
7  parties to submit a proposed stipulation regarding new deadlines for pre-trial submissions based
8  off of the new pre-trial conference date.

9  NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and the Court's Order, the parties
10 to this action hereby stipulate as follows:

11 • The last day to serve and file motions for summary judgment shall be September 26,
12 2008;

13 • The last date to serve and file oppositions to motions for summary judgment shall be
14 October 10, 2008;

15 • The last day to serve and file reply briefs in support of motions for summary judgment
16 shall be October 17, 2008;

17 • The last day to file the jointly signed proposed final pretrial order shall be December
18 8, 2008;

19 • The last day to file the joint set of proposed jury instructions and separate
20 memorandum of law in support of each party's disputed jury instructions shall be
21 December 8, 2008;

22 • The last day to file the joint set of proposed voir dire questions shall be December 8,
23 2008;

24 • The last day to file trial briefs on any controlling issues of law shall be December 8,
25 2008;

26 • The last day to file proposed verdict forms (joint or separate) shall be December 8,
27 2008;

28 • The last day to serve motions *in limine* shall be December 8, 2008;

Stipulation Establishing Motions for
Summary Judgment and Pre-Trial       - 2 -                    Case No. 07-00635 JCS
Deadlines

- The last day to serve responses to interrogatories, responses to requests for admission, and deposition packets to be used in lieu of testimony at trial shall be December 8, 2008;
- The last day to exchange trial exhibit lists and witness lists shall be December 8, 2008;
- The last day to serve oppositions to motions *in limine* shall be December 17, 2008;
- The last day to file any objections to trial exhibits shall be December 19, 2008;
- The last day to provide the Court with responses to interrogatories, responses to requests for admission, and deposition packets to be used in lieu of testimony at trial shall be December 19, 2008;
- The last day to deposit copies of trial exhibits with the deputy clerk shall be December 19, 2008; and
- The last day to file paired sets of motions and oppositions *in limine* shall be December 19, 2008.

IT IS SO STIPULATED.

Dated: August 20, 2008      By: /s/ Bijal V. Vakil
                                Bijal V. Vakil

McDERMOTT WILL & EMERY LLP
Bijal V. Vakil (CA State Bar No. 192878)
3150 Porter Drive
Palo Alto, CA 94304
Tel. (650) 813-5000
Fax.: (650) 813-5100
Email: bvakil@mwe.com

Attorneys for Plaintiff and Counter-Defendant
Silicon Image, Inc.

Dated: August 20, 2008      By: /s/ Ryan J. Padden
                                Ryan J. Padden

O'MELVENY & MYERS LLP
Ryan J. Padden (CA State Bar No. 204515)
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 984-8700
Fax.: (415) 984-8701
Email: rpadden@omm.com

Attorneys for Plaintiff and Counter-Claimant
Analogix Semiconductor, Inc.

Stipulation Establishing Motions for
Summary Judgment and Pre-Trial           - 3 -               Case No. 07-00635 JCS
Deadlines

Filer's Attestation: Pursuant to General order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Ryan Paden, counsel for Analogix Semiconductor, Inc.

Dated: August 20, 2008

McDERMOTT WILL & EMERY LLP

By: /s/ Bijal V. Vakil
      Bijal V. Vakil

Attorneys for Plaintiff and Counter-Defendant Silicon Image, Inc.

Stipulation Establishing Motions for Summary Judgment and Pre-Trial Deadlines

- 4 -

Case No. 07-00635 JCS

**ORDER**

WHEREAS the Court has considered the parties' stipulation;

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 20, 2008

_____
United States Magistrate Judge
Judge Joseph C. Spero

MPK 145397-1.060717.0032