1  Terrence P. McMahon (State Bar No.71910)
   tmcmahon@mwe.com
2  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
3  Palo Alto, CA 94304
   Telephone: 650.845.7000
4  Facsimile: 650.845.7333

5  *(See signature page for list of additional counsel)*

6  Attorneys for Plaintiff and Counter-Defendant
   SILICON IMAGE, INC.
7

8  Darin W. Snyder (State Bar No. 136003)
   dsnyder@omm.com
   O'MELVENY & MYERS LLP
9  Embarcadero Center West
   275 Battery Street
10 San Francisco, CA 94111-3305
   Telephone:  (415) 984-8700
11 Facsimile:  (415) 984-8701

12 *(See signature page for list of additional counsel)*

13 Attorneys for Defendant
   Analogix Semiconductor, Inc.

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICON IMAGE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANALOGIX SEMICONDUCTOR, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-00635 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE EXPERT DISCOVERY**<br><br>Judge: Honorable Joseph C. Spero |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1  WHEREAS under the current Stipulation and Order Extending Deadline to Complete
2  Expert Discovery dated June 18, 2008, the deadline to complete expert discovery is August 22,
3  2008.

4  WHEREAS although the parties have served and exchanged opening expert reports and
5  rebuttal expert reports, they mutually do not anticipate that they will be able to complete all
6  expert discovery prior to the August 22, 2008 expert discovery cutoff without undue hardship
7  given the experts' schedules.

8  NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and 26-2, the parties to this
9  action hereby stipulate as follows:

10  (1) The close of expert discovery shall be September 19, 2008; and

11  (2) All other deadlines shall remain unchanged.

12  IT IS SO STIPULATED.

13  Dated: August 22, 2008    By: ___/s/ Bijal V. Vakil___
                                    Bijal V. Vakil

McDERMOTT WILL & EMERY LLP
Bijal V. Vakil (CA State Bar No. 192878)
3150 Porter Drive
Palo Alto, CA 94304
Tel. (650) 813-5000
Fax.: (650) 813-5100
Email: bvakil@mwe.com

Attorneys for Plaintiff and Counter-Defendant
Silicon Image, Inc.

21  Dated: August 22, 2008    By: ___/s/ Ryan J. Padden___
                                    Ryan J. Padden

O'MELVENY & MYERS LLP
Ryan J. Padden (CA State Bar No. 204515)
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 984-8700
Fax.: (415) 984-8701
Email: rpadden@omm.com

Attorneys for Plaintiff and Counter-Claimant
Analogix Semiconductor, Inc.

Stipulation Extending Time                - 2 -                    Case No. 07-00635 JCS

Filer's Attestation: Pursuant to General order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Ryan Paden, counsel for Analogix Semiconductor, Inc.

Dated: August 22, 2008　　　　　　　　　　McDERMOTT WILL & EMERY LLP

By:    /s/ Bijal V. Vakil
        Bijal V. Vakil

Attorneys for Plaintiff and Counter-Defendant Silicon Image, Inc.

**ORDER**

WHEREAS the Court has considered the parties' stipulation;

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 22, 2008

_____
United States District Court Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

MPK 145726-1.060717.0032

Stipulation Extending Time — - 4 - — Case No. 07-00635 JCS