UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SILICON IMAGE, INC.,

        Plaintiff,

  v.

ANALOGIX SEMICONDUCTOR, INC.,

        Defendant.
_____/

No. C-07-00635 JCS

**ORDER TO FILE UNDER SEAL COURT'S NOVEMBER 3, 2008 ORDER**

The Court hereby ORDERS that the following order is under Seal: Order re Motions for Summary Judgment [Docket No. 226]. The Court intends to publish the entire opinion in the public record within twenty-one days of the date of this Order. If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than November 14, 2008.

    IT IS SO ORDERED.

Dated: November 3, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge