UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICON IMAGE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANALOGIX SEMICONDUCTOR, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C 07-00635 JCS<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY ORDERED THAT**:

1. The above-captioned matter shall be and hereby is dismissed *with prejudice*, with each party bearing its own attorneys' fees and costs.

2. The papers and records on file in this matter that were previously the subject of orders to place them under seal are hereby ordered to remain sealed.

3. The Court retains jurisdiction with respect to the enforcement of the terms of the settlement agreement entered into among the parties, each of whom has submitted to the jurisdiction of the Court for that purpose.

Dated: __December 5____, 2008

By:_____
Hon. Jo...
United... Judge Joseph C. Spero

CASE NO. C 07-00635 JCS